# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **DEAN A. KOCH** | : | C.N. 3:18-cv-02287 |
| **Plaintiff,** | | |
| **v.** | : | **JUDGE JEFFREY HELMICK** |
| **STATE OF OHIO** **DEPARTMENT OF NATURAL RESOURCES** **DIVISION OF WILDLIFE** | : | |
| **Et al.,** | | |
| | : | |
| **Defendants.** | | |

### MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO COMPLAINT FOR DEFENDANTS DEPARTMENT OF NATURAL RESOURCES DIVISION OF WILDLIFE, JAMES ZEHRINGER DIRECTOR, GINO BARNA, GARY MANLEY, BRIAN BURY, AND SCOTT ZODY, CHIEF, IN HIS OFFICIAL CAPACITY

Now comes counsel for Defendants State of Ohio Department of Natural Resources-Division of Wildlife, James Zehringer Director, Gino Barna, Gary Manley, Brian Bury, and Scott Zody, Chief of the Division of Wildlife, in his official capacity, and hereby move pursuant to Fed. R. Civ. P. 6(b)(1)(A) for an extension of time of twenty (20) days in which to answer or otherwise plead to Plaintiff's Complaint, for the reasons set forth in the accompanying memorandum.

        Respectfully Submitted,
        MICHAEL DEWINE

        /s/ Daniel J. Martin

        Daniel J. Martin (0065249)
        W. Scott Myers (0040686)
        Assistant Attorneys General
        Environmental Enforcement Section
        2045 Morse Road, Bldg. A-3
        Columbus, Ohio 43229-6693
        Phone: 614-265-7071
        Fax 614-268-8871
        Daniel.martin@ohioattorneygeneral.gov
        Scott.myers@ohioattorneygeneral.gov

## MEMORANDUM

Counsel respectfully requests an extension of twenty (20) days to answer or otherwise plead to Plaintiff's Complaint. Based on the earliest service date of October 30th, ODNR Defendants request until on or before December 10th, 2018 to file an answer or other responsive pleading. Counsel needs additional time to review the complaint and respond on behalf of multiple Defendants. Counsel for Plaintiff has been advised of the request via telephone on November 16, 2018, and he does not object to the extension request. This is the first extension request and would not prejudice the parties.

        Respectfully Submitted,
        MICHAEL DeWINE

        /s/ Daniel J. Martin
        Daniel J. Martin (0065249)
        W. Scott Myers (0040686)
        Assistant Attorneys General
        Environmental Enforcement Section
        2045 Morse Road, Bldg. A-3
        Columbus, Ohio 43229-6693
        Phone: 614-265-7071
        Fax 614-268-8871
        Daniel.martin@ohioattorneygeneral.gov
        Scott.myers@ohioattorneygeneral.gov

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing Motion for Extension and Memorandum in Support was served this 19th day of November, 2018, upon counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system, and via regular U.S. Mail at the following addresses:

George Katchmer Attorney at Law
1886 Brock Road N.E.
Bloomingburg, Ohio 43106
Counsel for Plaintiff

Constitutional Offices
Ohio Attorney General's Office
30 East Broad Street.
Columbus, Ohio 43215

/s/Daniel J. Martin